**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1487**

---

TERILYN K. WALLIS,

        Plaintiff - Appellant,

    v.

NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00838-PTG-WEF)

---

Submitted:  February 5, 2024                 Decided:  April 10, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** R. Scott Oswald, Anita Mazumdar Chambers, Briana Scholar, THE EMPLOYMENT LAW GROUP, P.C., Washington, D.C., for Appellant.  Susan F. Wiltsie, Jason P. Brown, Washington, D.C., Trevor S. Cox, Richmond, Virginia, Cameron L. Davis, HUNTON ANDREWS KURTH LLP, Austin, Texas, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terilyn K. Wallis appeals the district court's order granting summary judgment in favor of National Rural Utilities Cooperative Finance Cooperation on Wallis' discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Wallis v. Nat'l Rural Utils. Coop. Fin. Corp.*, No. 1:22-cv-00838-PTG-WEF (E.D. Va. Apr. 13, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*